UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMITA HEALTH MERCY MEDICAL CENTER AURORA, ET AL., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, Secretary, United States Department of Health and Human Services, )<br>)<br>)<br>)<br>Defendant. ) | Case No. 1:21-cv-01400-BAH |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, Amita Health Mercy Medical Center Aurora, et al., by counsel, file this *Notice of Voluntary Dismissal* under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and state the following in support thereof:

1. The Plaintiffs may dismiss an action, without a court order, before the opposing party "serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is unconditional; "the trial judge has no role to play at all." *Randall v. Merrill Lynch*, 820 F.2d 1317, 1320 (D.C. Cir. 1987).

3. A voluntary dismissal is self-executing; a separate court order is not required. *Id.*

4. Thus, the Plaintiffs hereby notify this Court of its dismissal of this action—with prejudice—effective immediately upon filing of this *Notice*.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

*/s/Andrew B. Howk*
Andrew B. Howk, Attorney No. IN0005
500 N. Meridian Street, Suite 400
Indianapolis, IN 46204-1293
Telephone No: (317) 633-4884
Facsimile No: (317) 633-4878
ahowk@hallrender.com

*Attorney for Plaintiffs*